JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE MCNAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No.: CV 19-7797-MWF(PJWx)<br><br>**ORDER** |

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice, filed on March 14, 2023. The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

**IT IS ORDERED** that the case is hereby **CLOSED.**

Dated: March 20, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

4882-2799-4440 V 2 000389/10080, 6:13 PM, 01/13/2023